No. 134. WISCONSIN EX REL. SAYLESVILLE CHEESE MANUFACTURING CO. *v.* ZIMMERMAN, CIRCUIT JUDGE. Jurisdictional statement distributed September 10, 1936. Decided October 12, 1936. *Per Curiam:* The motion of the

appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *Cincinnati Street Ry. Co.* v. *Snell*, 193 U. S. 30; *Bain Peanut Co.* v. *Pinson*, 282 U. S. 499, 501. *Mr. Harold M. Wilkie* for appellant. *Mr. William H. Spohn* for appellee.